**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern_____ District of __New York____
                              (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual         12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

CNG FOODS LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ - __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

__1376__ __CONEY ISLAND AVENUE__
Number    Street

_____

__BROOKLYN__    __NY__  __11230__
City                    State  ZIP Code

__KINGS__
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____ _____ _____
City                           State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____ _____ _____
City                           State    ZIP Code

Debtor    CNG FOODS LLC    Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | http://www.carlosandgabbysbrooklyn.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❏ Partnership (excluding LLP) |
| | | ❏ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ❏ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ❏ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ❏ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

| **Part 3:** | **Report About the Case** |
|---|---|

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ❏ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor __CNG FOODS LLC_____     Case number (*if known*)_____
           Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Baruch Aryeh Stern | Wages | $ 6,879.00 |
| Barry R. Feerst & Associates | Services Rendered | $ 10,745.00 |
| Eileen Prensky | Loans | $ 100,000.00 |
| Isaac Shteierman | Loans | $ 11,000.00 |
| | Total of petitioners' claims | $ 128,624.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**
Barry R. Feerst & Associates
Name

194   South 8th Street
Number   Street

Brooklyn     NY     11211
City         State  ZIP Code

**Name and mailing address of petitioner's representative, if any**
Barry R. Feerst
Name

194   South 8th Street
Number   Street

Brooklyn     NY     11211
City         State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/26/2016
           MM / DD / YYYY

✗ ____/S/_____ Manager
Signature of petitioner or representative, including representative's title

**Attorneys**

Barry R. Feerst
Printed name

Barry R. Feerst & Associates
Firm name, if any

194   South 8th Street
Number   Street

Brooklyn     NY     11211
City         State  ZIP Code

Contact phone  718-384-9111   Email  barry@brfesq.com

Bar number  1612902

State  New York

✗ ____/S/_____
Signature of attorney

Date signed  07/26/2016
           MM / DD / YYYY

Debtor     CNG FOODS LLC
_____     Case number (*if known*)_____
           Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ _____ |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | |
| Eileen Prensky | _____ |
| Name | Printed name |
| 382   Central Park West, Apt 5r | _____ |
| Number   Street | Firm name, if any |
| New York        NY        10025 | _____ |
| City             State      ZIP Code | Number   Street |
| | _____ _____ _____ |
| | City                State   ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone _____ Email _____ |
| _____ | |
| Name | Bar number _____ |
| _____ | |
| Number   Street | State      _____ |
| _____ _____ _____ | |
| City             State      ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  07/26/2016 | ✗ _____ |
|            MM / DD / YYYY | Signature of attorney |
| ✗   /S/ | |
| _____ | Date signed    _____ |
| Signature of petitioner or representative, including representative's title |          MM / DD / YYYY |

Debtor  CNG FOODS LLC                        Case number (*if known*)_____
        Name

---

**Name and mailing address of petitioner**

Isaac Shteierman
Name

1414  Kings Highway
Number    Street

Brooklyn,            NY         11229
City                 State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/26/2016
             MM / DD / YYYY

✘  /S/
_____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                     State      ZIP Code

Contact phone _____ Email _____

Bar number  _____

State       _____

✘ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

Baruch Aryeh Stern
Name

1789  East 17th Street
Number    Street

Brooklyn,            NY         11229
City                 State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/26/2016
             MM / DD / YYYY

✘  /S/
_____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                     State      ZIP Code

Contact phone _____ Email _____

Bar number  _____

State       _____

✘ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY