UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In the matter of:                                    Case No.: 16-43278-nhl

    CNG Foods LLC                          Chapter   7


                                         Debtor
-------------------------------------------------------------x

## ORDER TO SHOW CAUSE

    **Whereas**, an involuntary petition under Chapter  7  , having been filed on  July 26, 2016 , and a summons having been issued on  July 28, 2016 , and the petitioning creditors having failed to file a proof of service, it is

    **ORDERED**, that the petitioning creditors appear and show cause before the Honorable  Nancy Hershey Lord  , in Courtroom  2529  , United States Federal Courthouse located at  **271-C Cadman Plaza East, Brooklyn, New York 11201-1800** on  November 17, 2016  at  11:00 a.m.  , why an order should not be entered dismissing the petition for lack of prosecution and it is further,

    **ORDERED** that the Clerk of the Bankruptcy Court serve a copy of this order by mail upon the alleged debtor and petitioning creditors on or before  September 26, 2016  .



**Dated: September 23, 2016**
      **Brooklyn, New York**

                                                        **Nancy Hershey Lord**
                                         **United States Bankruptcy Judge**