UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

CNG Foods LLC,

                Alleged Debtor.
-----------------------------------------------------------x

Involuntary Chapter 7

Case No. 16-43278-nhl

## ORDER TO COMPEL COMPLIANCE WITH DISCOVERY
## AND TO DETERMINE ATTORNEY OF RECORD
## FOR PETITIONING CREDITORS

Upon the motion (the "Motion") of the alleged debtor herein, CNG Foods LLC ("Alleged Debtor"), dated October 2, 2017, by its attorney M. David Graubard, Esq., to compel compliance with discovery and to determine the attorney of record for the Petitioning Creditors; the Certification of M. David Graubard, Esq. dated October 7, 2017 and the exhibits annexed thereto and the Affidavit of Service filed herein; and no opposition to the Motion having been filed; and a hearing on the Motion having been held on October 23, 2017 (the "Hearing"), at which appeared M. David Graubard, Esq., attorney for the Alleged Debtor, and Barry R. Feerst, Esq., personally, together with Yitzchok Kotkes, Esq. of the firm of Barry R. Feerst & Associates, attorneys for the Petitioning Creditors; and upon the record of the Hearing and the proceedings had herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that Barry R. Feerst, Esq., personally, and Barry R. Feerst & Associates, as attorneys for the Petitioning Creditors, shall comply with and answer the Notice for Production of Documents dated June 19, 2017, a copy of which is annexed hereto, so that the same is received by counsel for the Alleged Debtor, on or before November 8, 2017; and it is further

**ORDERED AND DETERMINED**, that Barry R. Feerst & Associates is the attorney of record for the Petitioning Creditors as originally filed in the above-captioned case.



Dated: November 3, 2017  　　　　　　　　　　　　　　　　　　 /s/ Nancy Hershey Lord
Brooklyn, New York　　　　　　　　　　　　　　　　　　　　　　Nancy Hershey Lord
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge