*M. David Graubard, Esq.*
Attorney at Law
71-18 Main Street
Flushing, NY 11367
Phone (212) 681-1600
Direct Line (212) 681-1436
Cell (646) 245-3978
Fax (646) 690-7686
E-Mail *dgraubard@keragraubard.com*

BY E-MAIL

November 9, 2017

Barry Feerst, Esq.
194 South 8th Street
Brooklyn, NY 11211

Re:    CNG Foods LLC
       Case No. 16-43278

Dear Mr. Feerst:

As directed by Judge Lord at the last hearing that was held on October 23, 2017, please be advised as follows:

1.    CNG expects to call the following witnesses on its direct case:

(a)    Adam Kay.

(b)    Ari Stern a/k/a Baruch Aryeh Stern.

(c)    Barry Feerst, Esq.  (possible witness)

2.    CNG also expects to introduce the following exhibits:

(a)    Declaration in Opposition to Motion for Sanctions dated March 7, 2017 made by Barry R. Feerst, Esq. (Document No. 25 on the Electronic Docket).

(b)    Letter dated October 24, 2017 from M. David Graubard, Esq. to Mr. Adam Kay (Document No. 43 on the Electronic Docket).

(c)    E-mail dated October 26, 2017 from Adam Kay to David Graubard. (Document No. 43 on the Electronic Docket).

(d)    Trial subpoena dated October 16, 2017 issued to Adam Kay (Document No. 40 on the Electronic Docket).

(e)    Trial subpoena dated October 24, 2017 issued to Ari Stern (Document No. 45 on the Electronic Docket).

(f)    Response to [Alleged] Debtor's Document Demands, Reservation of

Rights and General Objections dated November 8, 2017 made by Barry Feerst, Esq.

Very truly yours,

M. David Graubard

MDG:rsg

cc:    Honorable Nancy Hershey Lord  (by efile)