BARRY R. FEERST & ASSOCIATES (BRF3836)
194 South 8th Street
Brooklyn, NY 11211
t(718) 384-9111
f(718) 384-5999

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 NOV 13 A 9:08

RECEIVED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
In re:

                               Chapter 7

                               Case No.: 16-43278

CNG FOODS LLC,

            Debtor
--------------------------------X

    BARRY R. FEERST declares the following pursuant to 28 U.S.C. §1746:

    1. I am and have been a pro se creditor in this case.

    2. I do no represent the other petitioners in this Involuntary Petition. ECF doc 1 and 2 make this fact crystal clear. On the form next to the other petitioners name and address, the Attorneys section is blank. Barry R. Feerst & Associates is the only petitioner in this case that lists my self as the attorney.

    3. I signed the petition as a pro se creditor and next to my signature the words Barry Feerst, Attorney were entered. That entry should not and does not mean that I am the attorney for any of the creditors. The only paper on file in this case showing me as the attorney for the other petitioners, other than those documents authored and created by the attorney for CNG, is the docket sheet.

    4. Obviously, I can not be held responsible for entering any

information on the docket sheet. The docket sheet entries are the result of ministerial acts and are presumably the product of personnel in the Clerk's office.

4. Therefore, this Court's November 3, 2017 order: "that Barry R. Feerst & Associates is the attorney of record for the Petitioning Creditors as originally filed in the above-captioned case" must be reversed based on the above undisputed facts.

                                                                      BARRY R. FEERST

Dated: Brooklyn, New York
       November 8, 2017