UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

CNG Foods LLC,

                Alleged Debtor.
-----------------------------------------------------------x

Involuntary Chapter 7

Case No. 16-43278-nhl

## ORDER DENYING APPLICATION OF BARRY R. FEERST & ASSOCIATES FOR RECONSIDERATION BY ORDER TO SHOW CAUSE

      Upon the application filed on November 21, 2017 (the "Application") by Barry R. Feerst, Esq. on behalf of Barry R. Feerst & Associates (the "Movant"), brought on by Order to Show Cause entered November 22, 2017, seeking entry of an order pursuant to Bankruptcy Rule 9024 to correct the docket sheet in the above-captioned case and to reconsider the Court's determination, by Order dated November 3, 2017, that Barry R. Feerst & Associates are attorneys of record for the Petitioning Creditors; and opposition to the Application having been filed by CNG Foods LLC on December 3, 2017; and a hearing having been held before the Court on December 7, 2017, at which M. David Graubard appeared on behalf of the Alleged Debtor, Barry R. Feerst and Yitzchok Kotkes appeared on behalf of Movant, and Baruch Aryeh Stern and Adam Kay appeared (the "Hearing"); and upon the record of the Hearing and of this entire case and the proceedings had herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

      **ORDERED**, that the Application is denied without prejudice.



Dated: December 20, 2017
      Brooklyn, New York

                                      **Nancy Hershey Lord**
                              **United States Bankruptcy Judge**