

## BARRY R. FEERST & ASSOCIATES

| | |
|---|---|
| Barry R. Feerst, Esq. | 194 South 8th Street |
| Marc Illish, Esq. | Brooklyn, NY 11211 |
| Yitzchok Kotkes, Esq. | (t) 718-384-9111 |
| Yehuda Morgenstern, Esq. | (f) 718-384-5999 |
| Alham Usman, Esq. | |

By ECF                                                                                          January 3, 2017
Hon. Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

                                  Re: IN RE CNG GOODS LLC,
                                      Case No.: 16-4372

Your Honor :

      Tomorrow there is a hearing scheduled for 3:00pm. Due to the inclement weather, I will not be able to appear at the hearing. I reside in long beach, New York and the forecast looks very dire at this time. I tried calling Mr. Graubard to seek his consent for an adjournment but no one answered.

      I'm also scheduled to leave for Florida this Saturday and I won't be back in New York for two weeks. Therefore, I respectfully request that this matter be adjourned to a later date in January.

      Thank you for your time and consideration of this matter.

                                                             Respectfully yours,
                                                               /s/
                                                             Barry Feerst

cc: All counsel of record via ECF