

## BARRY R. FEERST & ASSOCIATES

Barry R. Feerst, Esq.  
Marc Illish, Esq.  
Yitzchok Kotkes, Esq.  
Yehuda Morgenstern, Esq.  
Alham Usman, Esq.

194 South 8th Street  
Brooklyn, NY 11211  
(t) 718-384-9111  
(f) 718-384-5999

<u>By ECF</u>                                                                                     January 3, 2017  
M David Graubard  
Kera & Graubard  
71-18 Main Street  
Flushing, NY 11367  
(212) 681-1600  
Fax : (212) 681-1601  
Email: dgraubard@keragraubard.com

Re: <u>IN RE CNG GOODS LLC</u>,  
Case No.: 16-43728

Dear Mr. Graubard :

Barry R. Feerst expects to call the following witnesses after you have rested.

1. Isaac Shteierman
2. Eileen Prensky
3. David Zaitschek
4. Ashley Daphnis
5. Moshe Goldstein
6. M David Graubard

Respectfully yours,  
/s/  
Barry Feerst

cc: Honorable Nancy Hershey Lord (by efile)