

David Graubard <dgraubard@keragraubard.com>

---

# CNG Foods LLC

1 message

---

**David Graubard** <dgraubard@keragraubard.com>            Wed, Jan 3, 2018 at 9:06 PM
To: Barry Feerst <barry@brfesq.com>, yitzchok@brfesq.com
Bcc: "Nussin S. Fogel" <nsf@nsfogel.com>

Mr. Feerst--

    I just saw your letter to Judge Lord that was filed at 6:58 p.m. this evening.

    If you knew about the storm which has been getting wide coverage the last few day in all the media, why did you wait so long to ask for an adjournment?

    Maybe it is because you had two individual people approach Nussin Fogel and me separately to ask for an adjournment--which was rejected on both occasions.

    I SUGGEST THAT YOU TRAVEL TONIGHT TO DOWNTOWN BROOKLYN AND STAY IN A HOTEL SO YOU WILL BE AVAILABLE FOR COURT TOMORROW.

    This minute I just checked the Brooklyn Marriott --two blocks from the Court House --and there are plenty of rooms available.

    The Alleged Debtor rejects your "11th Hour" maneuvering for an adjournment which we can only say is motivated by your desire not to testify.

    We plan to proceed tomorrow as scheduled and you act at your own peril.

*M. David Graubard, Esq.*
*Please note new address*

71-18 Main Street
Flushing, NY 11367-2015

Office: (212) 681-1600
Direct Line: (212) 681 -1436
Facsimile: (646) 690-7686
Cellphone: (646) 245-3978
E-mail: dgraubard@keragraubard.com
www.KeraGraubard.com