UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

                                                    Chapter 11

CNG FOODS LLC,                       Case No. 16-43278-NHL

                        Debtor.
-----------------------------------------------------------x

## INDICATIVE RULING ON
## MOTION FOR SECOND AMENDED JUDGMENT

CNG Foods, LLC, having made a motion (the "Motion") before this Court to further amend the Amended Judgment dated October 30, 2020 (the "Amended Judgment) (ECF No. 96) to specify the total judgment amount against each of the four petitioning creditors (ECF No. 109); and a Notice of Appeal having been filed from the Amended Judgment (ECF No. 99); and this matter having come on to be heard before this Court on December 3, 2020, at which M. David Graubard, Esq., counsel for CNG Foods, LLC appeared in support of the Application, Alham Usman, Esq., appeared on behalf of Barry R. Feerst & Associates, Barry Feerst, and Eileen Prensky in opposition to the Motion, and Isaac Shteierman, pro se, appeared in opposition to the Motion; and the Court having determined that the relief requested in the Motion should be granted; it is hereby

FOUND AND DETERMINED, that pursuant to Rule 8008(a) of the Federal Rules of Bankruptcy Procedure, this Court would grant the Motion if the United States District Court for the Eastern District of New York remands for that purpose.



Dated: December 18, 2020  
      Brooklyn, New York

Nancy Hershey Lord  
United States Bankruptcy Judge