UNITED STATES BANKRUPCTY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

                                                     Chapter 7

CNG FOODS LLC,                              Case No. 16-43278-nhl

                           Debtor.
-----------------------------------------------------------x

## JUDGMENT AGAINST BARRY R. FEERST, ESQ.

This Court having rendered a Bench Decision on April 14, 2021, which granted the Motion of the alleged debtor, CNG Foods, LLC for Sanctions Pursuant to F.R.B.P. 9011 against Barry R. Feerst, Esq., personally; it is hereby

**ORDERED AND ADJUDGED** that CNG Foods LLC, c/o M. David Graubard, Esq., 7118 Main Street, Flushing, NY 11367, has a Judgment against Barry R. Feerst, Esq., personally, with an office located at 194 South 8th Street, Brooklyn, NY 11211, in the sum of $25,000 for sanctions pursuant to F.R.B.P. 9011, the sum of $5,000 for legal fees and the sum of $120.50 for expenses in connection with the Motion, for a total Judgment in the amount of $30,120.50; and CNG Foods, LLC shall have execution thereon.



**Dated: April 18, 2021**
      **Brooklyn, New York**

                                                            **Nancy Hershey Lord**
                                                             **United States Bankruptcy Judge**