| Information to identify the case: | | |
|---|---|---|
| Debtor | CNG Foods LLC<br>Name | EIN: 00–0000000 |
| United States Bankruptcy Court Eastern District of New York | | Date case filed for chapter: 7  7/26/16 |
| Case number: 1–16–43278–nhl | | |

# NOTICE OF APPEAL DEFICIENCY NOTICE

**To:** Barry R. Feerst

The Notice of Appeal filed by you on **April 29, 2021**, was deficient in the following respects(s):

☑ Civil Cover Sheet Not Submitted.

☐ Other:

Dated: April 30, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLappealdef1.jsp** [Notice of Appeal Deficiency Notice rev. 02/24/2020]