# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: admin | Date Created: 4/30/2021 |
| Case: 1–16–43278–nhl | Form ID: 769 | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| aty | Barry R Feerst | barry@brfesq.com |
| aty | Barry R Feerst | brfesq236@hotmail.com |
| aty | Levi Huebner | newyorklawyer@msn.com |
| aty | M David Graubard | dgraubard@keragraubard.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | CNG Foods LLC | 1376 Coney Island Avenue | Brooklyn, NY 11230 | |
| ptcrd | Barry R. Feerst & Associates | 194 South 8th Street | Brooklyn, NY 11211 | |
| ptcrd | Baruch Aryeh Stern | 1789 East 17th Street | Brooklyn, NY 11229 | |
| ptcrd | Eileen Prensky | 382 Central Park West | Apt 5R | New York, NY 10025 |
| ptcrd | Isaac Shteierman | 1414 Kings Hwy | Brooklyn, NY 11230 | |
| aty | Barry R Feerst | 194 South 8th Street | Brooklyn | |

TOTAL: 6