M. David Graubard, Esq.  
Attorney for CNG Foods LLC, Alleged Debtor  
71-18 Main Street  
Flushing, NY 11367  
(212) 681-1436

Return Date:  7/29/21 at 3:00 p.m.

UNITED STATES BANKRUPCTY COURT  
EASTERN DISTRICT OF NEW YORK  
----------------------------------------------------------x  
In re

CNG FOODS LLC,

              Debtor.  
----------------------------------------------------------x

Chapter 11  
Case No. 16-43278

### NOTICE OF MOTION FOR CONTEMPT OF COURT AND TO COMPEL DISCLOSURE AGAINST BARRY R. FEERST, ESQ.

**PLEASE NOTE: PART OF THE RELIEF REQUESTED IS TO PUNISH BARRY R. FEERST, ESQ FOR CONTEMPT OF COURT**

PLEASE TAKE NOTICE that upon the annexed Certification of M. David Graubard, Esq., dated July 5, 2021, 2021, and the exhibits annexed thereto, and upon the papers previously filed in this bankruptcy case, a motion will be made before the Honorable Nancy Hershey Lord, Room 3577, U.S. Courthouse, 271 Cadman Plaza East, Brooklyn, New York on July 29, 2021 at 3:00 p.m. for this Court to make an order (a) finding Barry R. Feerst, Esq., in contempt of court of this court's Order on Motion for Rule 9011Sanctions and Fees dated April 18, 2021, and (b) compelling Barry R. Feerst, Esq. to truthfully respond to the Information Subpoena and Questions dated April 30, 2021; together with such other and further relief as may be proper.

PLEASE TAKE FURTHER NOTICE that responses, if any, shall be served and filed in accordance with the Electronic Filing Procedures of the Eastern District of New York so that the same are received by counsel for the Movant with a chambers copy delivered to the Honorable Nancy Hershey Lord, on or before July 22, 2021.

Dated:     Flushing, New York
            July 5, 2021

                                    M. DAVID GRAUBARD, ESQ.
                                    Attorney for CNG Foods LLC

                                    By: _____
                                    M. David Graubard (MDG 5442)
                                    71-18 Main Street
                                    Flushing, NY 11367
                                    (212) 681-1600

To    Barry R. Feerst, Esq.
       42 Vinton Street
       Long Beach, NY 11561

       Barry R. Feest, Esq.
       5308 13th Avenue, Suite 592
       Brooklyn, NY 11219-5198