# M. David Graubard, Esq.

Attorney at Law
71-18 Main Street
Flushing, NY 11367
Phone (212) 681-1600
Cell (646) 245-3978
Fax (646) 690-7686
E-Mail dgraubard@keragraubard.com

BY E-MAIL TO CHAMBERS and ECF

December 6, 2022

Honorable Nancy Hershey Lord
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Re:      CNG Foods LLC
         Case No. 16-43278

Dear Judge Lord:

As counsel to CNG Foods LLC, we have the letter dated December 5, 2022 sent by Levi Huebner, Esq. that requests a continuation of the hearing presently scheduled for December 15, 2022 at 2:00 p.m.

For what it is worth, Mr. Feerst gave us the list of cases set forth in this Court's order dated September 16, 2022 (D.E. 203).

Moreover, we did receive a copy of the 2020 tax return from Mr. Feerst, but have not received the tax return for 2021.

In addition, we have not received the JPMorgan Chase Bank statements for the period May, 2021 through October, 2022. This was spelled out in my letter dated November 29, 2022 (D.E. 206) and its attachments.

Mr. Feerst could really obviate the need for the hearing for December 15, 2022, by supplying us with the bank statements by either e-mail or hard copy. Since those documents are totally within his own control, that should not be a problem.

In addition, we have not been informed of the nature of the "further surgical procedure" that he is scheduled to undergo, or when that is scheduled. That information should be divulged to the Court and to counsel for CNG.

I am fully cognizant of the difficulty of scheduling matters for the end of December, but there is no reason we cannot receive those bank statements, so my request is for a very brief adjournment or, in the alternative, Mr. Huebner can have other counsel in his firm  appear on December 15, 2022,  as he did last time.

Respectfully yours,

M. David Graubard

MDG:rsg